October 26, 1995 [NOT FOR PUBLICATION]
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 95-1352

 ANTHONY SOLIMINE,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. William G. Young, U.S. District Judge] 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges. 

 

Anthony Solimine on brief pro se. 
Donald K. Stern, United States Attorney, and David S. Mackey, 
Assistant United States Attorney, on brief for appellee.

 

 

 Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We agree with the district court's

conclusion that appellant's claim is based on "an

indisputably meritless legal theory." See Neitzke v. 

Williams, 490 U.S. 319, 327 (1989). We, therefore, summarily 

affirm essentially for the reasons stated in the district

court's memorandum and order, dated February 27, 1995.

 Affirmed. See 1st Cir. R. 27.1. 

 -2-